**Order entered June 18 , 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00664-CV

## LUIS A. SANTIAGO, Appellant

## V.

## THE BANK OF NEW YORK MELLON, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2004-2. NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-2, AND OCWEN LOAN SERVICING, LLC, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01232-2015**

## ORDER

The reporter's record in this accelerated case is overdue. By postcard dated June 2, 2015, we notified Court Reporter Janet Dugger that the record was overdue and directed her to file the record within ten days. By letter dated June 3 2015, we informed appellant the Court Reporter had notified us that the reporter's record had not been filed because appellant had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. By letter dated June 5, 2015, Court Reporter Janet Dugger notified the Court that she had received payment in full to prepare the reporter's record.

Accordingly, we **ORDER** Court Reporter Janet Dugger to file the reporter's record on or before **June 29, 2015**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE